Donald LELLA, Appellant,

v.

MUSICIANS PROTECTIVE UNION, LOCAL 373 A.F. of M. and American Federation of Musicians of the United States and Canada, AFL–CIO.

No. 15799.

United States Court of Appeals
Third Circuit.

Argued Sept. 27, 1966.

Decided Oct. 26, 1966.

Godfrey P. Schmidt, New York City, for appellant.

Stephen C. Vladeck, New York City (Vladeck, Elias, Frankle & Vladeck, Sheldon Engelhard, New York City, on the brief), for appellee.

Before KALODNER, HASTIE and SMITH, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

On review of the record we find no error. The Order of Dismissal of the District Court will be affirmed.